UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

ALFONSO CHAVEZ,
*on behalf of himself, FLSA Collective Plaintiffs and the Class,*

               **Plaintiff,**

-against-

PATRIZIA'S RESTAURANT GROUP LLC
    d/b/a PATRIZIA'S,
PATRIZIA OF LONG ISLAND INC.
    d/b/a PATRIZIA'S,
PATRIZIA OF LONG ISLAND 2 LLC
    d/b/a PATRIZIA OF LONG ISLAND,
PATRIZIA'S OF MASPETH LLC
    d/b/a PATRIZIA'S,
PATRIZIA'S OF 2ND AVENUE LLC
    d/b/a PATRIZIA'S,
PATRIZIAS OF STATEN ISLAND LLC
    d/b/a PATRIZIAS OF STATEN ISLAND,
FAMILY GROUP ENTERPRISES, INC.
    d/b/a PATRIZIA PIZZA & PASTA,
SPM GROUP, LLC
    d/b/a PATRIZIA'S OF LONG ISLAND,
GENNARO ALAIO, and
GIACOMO ALAIO,
              **Defendants.**

Case No. 20-cv-01430

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

-----------------------------------------------------------------

      **PLEASE TAKE NOTICE** that the claims of Plaintiff ALFONSO CHAVEZ are hereby dismissed, without prejudice, in their entirety as against Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: August 31, 2020

New York, New York

For Plaintiff:

By:     /s/ C.K. Lee
C.K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel.: 212-465-1188
Fax: 212-465-1181
cklee@leelitigation.com

case Closed
**SO ORDERED:**

Dated: September 24, 2020

_____
**Hon. Joan M. Azrack, U.S.D.J.**